United States District Court
Central District of Illinois
Peoria Division

SCANNED AT STATEVILLE CC and E-mailed
1-17-18 by CB 20 pages
date   initials   No.

DeLaurence Robinson
    Plaintiff           No.
        v
Humbert et al

## First Amended Complaint

Now Comes The Plaintiff DeLaurence Robinson Pro Se Currently Incarcerated At Stateville Corr. Cntr. Files This Civil Rights Complaint Under The Civil Rights Act Title 42 sec. 1983 Against (C/O Humbert, C/O Roderick, C/O Wilson, Lt. Creech, and Lt. Prentice (now Major)) And States The Following:

### Parties

Plaintiff: DeLaurence Robinson #R20751
Stateville Corr. Cntr.
P.O. Box 112
Joliet, Il 60434

Defendant(s): C/O Humbert
Correctional Officer
Pontiac Corr. Cntr.

P.O. Box 99
Pontiac, Il 61764

(B) C/O Roderick
Correctional Officer
Pontiac Corr. Cntr.
P.O. Box 99
Pontiac, Il 61764

(C) C/O Wilson
Correctional Officer
Pontiac Corr. Cntr.
P.O. Box 99
Pontiac, Il 61764

(D) Lt. Creech
Correctional Lt.
Pontiac Corr. Cntr.
P.O. Box 99
Pontiac, Il 61764

over

2

(E) Lt. Prentice
Correctional Major
Pontiac Corr. Cntr.
P.O. Box 99
Pontiac, Il 61764

Jurisdiction

This action under 42 USC 1983 of the Civil Rights Act of the United States of America for Compensatory & Punitive Damages over which this Honorable Court has Jurisdiction under 28 USC sec. 1331, 1334 & 1367

① Defendat- C/O Humbert is being sued in her official & individual capacity for violation of 1st Amendment (Retaliation); 8th Amendment (Cruel & Unusual Punishment), & (Deliberate Indifference) Where she personally checked Plaintiffs authentic bottom bunk permit and totally disregarded the Medical Directors approval and purposely put Plaintiff at risk to cause further damage to old injury and resulted in a new injury; also defendant

Humbert made references to past grievances and lawsuit filed on cellhouse (Lt. Prentice and how she is her friend and doesnt care what my permit says or who signed off on it she will not be helping any lawsuit filers

@ Defendant - C/O Roderick is being sued in his official & individual capacity for violation of 1st Amendment (Retaliation); 8th Amendment (Cruel & Unusual Punishment); & (Deliberate Indifference) When he pulled Plaintiff from one man cell after learning from Plaintiff that he had bottom bunk permit and viewing bottom bunk permit then along with fellow C/O's totally disregarded the risk of causing Plaintiff further injury & a new injury; Defendant Roderick threatened to give Plaintiff a ticket if he did not go into cell and told other defendants that Plaintiff wrote a lawsuit on Lt. Prentice and likes to file grievances because he is a snitch and doesnt believe bottom bunk is authentic and that C/O

over

Humbert should show it to the Ct. and see but even if it is real were still going to put him in the top bunk no matter what the Medical Director says

③ Defendant- C/O Wilson is being sued in his official & individual capacity for violation of 1st Amendment (Retaliation); 8th Amendment (Cruel & Unusual Punishment); & (Deliberate Indifference) When he pulled Plaintiff from one man cell after learning from Plaintiff that he had bottom bunk permit and viewing bottom bunk permit then along with C/O Roderick they both disregarded the medical permit and told Plaintiff that he is going to a cell where there is nobody else in the cell; Plaintiff was threatened by Defendants C/O Roderick, C/O Humbert, & C/O Wilson that he would get a ticket if he didnt go into the cell and C/O Wilson referenced that he didnt care if I file a grievance on him like I'm known to do and that he could care less if I file a lawsuit on him

5

like I did with Lt. Prentice, and agreed with C/O Roderick & C/O Wilson that I was going in the cell regardless after learning about my injury and that I cant be in a top bunk per the Medical Director

(4) Defendant- Lt. Creech is being sued in his official & individual capacity for violation of 1st Amendment (Retaliation); 8th Amendment (Cruel & Unusual Punishment); & (Deliberate Indifference) when he was requested to talk to by plaintiff where plaintiff explained that he was not suppose to be in top bunk due to injury and per Medical Director, Defendant Creech was shown medical permit and said that he already knows the situation and I would be moved tomorrow but dont expect him to help someone who files lawsuits on his friends and write grievances, I let Lt. Creech know that my injury is serious and the Medical Director didnt want me in

6
over

the top bunk to prevent further damage to my injury but Lt. Creech said that he doesn't care what the permit says and that I would have to just deal with it and wait for someone to move me but it wouldn't be him

⑤ Defendant - Lt. Prentice is being sued in her official & individual capacity for violation of 1st Amendment (Retaliation), and 8th Amendment (Deliberate Indifference) Lt. Prentice told Defendants Wilson, Roderick to move me to cell 209 from my one man cell and after learning of my bottom bunk permit & viewing it she still had C/O Humbert confirm if it was authentic from Health Care who confirmed that it was a legit permit from the Medical Director, and she still had her C/O's put me in a cell that didn't have a bottom bunk available after learning that I was injured and putting me in a

top bunk could cause further injury and in this case a new injury, also C/t. Prentice was a defendant in a pending lawsuit where she use racial slurs & physical means to injure Plaintiff and punished Plaintiff for filing grievances and it clearly shows that she knew who Plaintiff was by the actions of herself & the actions and comments made by the other defendants.

( Factual Allegations )

1. Plaintiff was sitting in his assigned cell in the West cell Hse when 2 c/o's (C/O Wilson & C/O Roderick) told me to pack my property and get ready to move to another cell.

2. Plaintiff asked where will he be moving to because Plaintiff has a bottom bunk permit approved by the Medical Director

3. The (2) C/O's let Plaintiff know that he would still be in the West cell Hse just moving to cell 209

4. Plaintiff let the (2) C/O's know and showed them the Medical Permit letting them know that the Medical Director does not want me in the top bunk

5. Both defendants (C/O Roderich & C/O Wilson) let Plaintiff know that he was going into a cell where nobody is in because the cell is empty

6. Plaintiff complied with the direct order to pack up property and move to cell 209 that was suppose to be empty

7. When Plaintiff was escorted to cell 209 on 2 gallery (C/O Humbert) was assigned to work the gallery

8. There was another inmate inside of cell 209 in the bottom bunk

9. Plaintiff told (C/O Humbert) that he has a bottom bunk permit approved by the Medical Director and he doesn't want me in a top bunk due to my injury

9

over

10. I let (C/O Humbert) know that I told (C/O Wilson & C/O Roderick) the same and was told that the cell was empty

11. (C/O Roderick & C/O Wilson) threatened me with a ticket if I didn't go inside the cell

12. (C/O Roderick) let (C/O Wilson & C/O Humbert) know that they have to watch out for me because I write grievances and file lawsuits like I did on (Lt Prentice

13. (C/O Wilson) said that he didn't care if I write 100 grievances or lawsuits he's going in the cell regardless of what a permit says and the Medical Director

14. (C/O Roderick) called Plaintiff a snitch and said that he doesn't believe that the medical permit is authentic and that (C/O Humbert) should look into it with the Lt.

15. (C/O Humbert) said that the lawsuit shit doesn't stick

16. Plaintiff asked what was he suppose to do about the bottom bunk

17. The inmate already in the cell said that he has a bottom bunk permit also
18. (C/O Humbert) unlocked the door and threatened to give me a ticket if strip me out if I didn't step inside the cell and let it be known that Lt. Prentice is a friend
19. Plaintiff stepped inside the cell and asked if he could speak to a white shirt and (C/O Humbert) told Plaintiff no & that she is not helping any lawsuit filers
20. (C/O Humbert) ask for both of our permits so she could show the Lt. and check with Health Care
21. Plaintiff & cellmate handed over medical permits to (C/O Humbert)
22. (C/O Humbert) came back and gave Plaintiff and cellmate back the permits telling us that we both have bottom bunk permits
23. (C/O Humbert) told cellmate to get dressed so he could go over to the Health Care so he could get his permit renewed for his new present facility

11

24. (C/O Humbert) said that she showed and talked to the Lt. about permit and looking into moving one of us to another cell
25. Plaintiff talked & should Lt. Creech bottom bunk permit
26. Lt. Creech said he knows about the situation and that I might be moved tomorrow but dont expect him to help someone who writes grievances & file lawsuits on his friends
27. (C/O Humbert) came to work the next day and Plaintiff tried to speak to her but she didnt want to be bothered cause she had to run the showers
28. (C/O Humbert) told my celly and I that the Lt. said it will be done A/S/A/P today
29. Plaintiff was in top bunk and had to use the bathroom
30. Plaintiff had to slide off the bed and stretch leg out to sink because there are no ladders on the bed

31. Plaintiff left knee locked up jumping to one side while he was sliding out the bed, causing plaintiff to fall and hitting his lower back on sink and toilet

32. Plaintiff was in great deal of pain from the fall from top bunk

33. Cellmate along with other inmates began to yell for help for cell 209

34. The emergency code had to be used to call for medical assistance

35. Med Tech Eshelman came to cell 209 and stepped in and talked to Plaintiff to try and calm him about injury & pain

36. Med Tech Eshelman called for the slab board and Plaintiff was strapped in and carried out on board to be transported to Health Care

37. Plaintiff stayed in Health Care for a few days and was medicated with (750mg Methocarbamol; Ibuprofen 400mg & Ibuprofen 200mg)

13

38. Plaintiff has still been medicated ever since that day and now uses a back brace and has been put on other meds (Mobic 15mg & Naproxen 500mg)

39. These (5) named defendants conducted theirself in a unprofessional manner and conduct officially was thrown out the window; they displayed Deliberate Indifference and Reckless Disregard for my safety by purposely failing to respond to a potential danger which resulted in a new injury that could've been avoided

40. These (5) named defendants didnt care what the Medical Director said & totally disregarded Plaintiffs medical permit assigned to Plaintiff, defendants retaliated against Plaintiff due to past grievances and lawsuit filed on friends & staff at Pontiac Corr. Cntr.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Compensatory Damages In The Amount of $300,000, Punitive Damages In The Amount of $300,000 That Each Defendant In Their Individual And Official Capacity Named In This 42 U.S.C. 1983 Award Me $300,000 Compensatory And $300,000 Punitive Damages.

**JURY DEMAND**     Yes ☒   No ☐

Signed this _____ day of _____,
19 2017.

_(Signature of Plaintiff)_

**Name of Plaintiff:** DeLaurence Robinson

**Inmate Identification Number:** R01751

**Address:** P.O. Box ~~1000~~ 112
~~Menard, IL 62250~~
Joliet, IL 60434

# Certification

By signing this complaint, I DeLaurence Robinson certify that the facts stated in this complaint are true to the best of my knowledge information and belief I understand that if the certification is not correct I may be subjected to sanctions by this court

Respectfully Submitted
DeLaurence Rob—

Date 1/10/18

DeLaurence Robinson
#R20751
Stateville Corr. Cntr.
P.O. Box 112
Joliet, IL 60434

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

Ex. 1 Grievance Stamped From A.R.B.

Ex. 2 Response From A.R.B. (Form)

Handwritten Copy/Of. 5

## ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

Date: 12/5/14
Offender: DeLaurence Robinson
ID#: R20751
Present Facility: Stateville C.C.
Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Retaliation, Deliberate Indifference
- [ ] Disciplinary Report: ___ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:** I, was in cell 703 in the Wst cell Hse, when I was told to pack my property to move on a different gallery by C/O Roderick & C/O Wilson. I, was then moved to cell 209 still in the Wst Hse, but while being moved C/O Roderick let me know there was nobody in the cell. I told both C/O Roderick and C/O Wilson that I have a bottom bunk permit. I, was again told that there was

**Relief Requested:** Not to be retaliated against, low gallery permit, Damages in the amount of $100,000 and for the staff to be discipline accordingly.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: DeLaurence Rob____
ID#: R20751
Date: 12/5/14

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name: ___ Counselor's Signature: ___ Date of Response: ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: ___ Date: ___/___/___

Distribution: Master File; Offender
Page 1
DOC 0046 (8/2012)

1:17-cv-01324-JES  # 1  Page 7 of 15

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

nobody in the cell. When I got to the cell there was another inmate in the cell. C/O Ms. Humbert had 2 gallery and walked up to open the cell. I then let the C/O's know again that I have a bottom bunk permit. The cell was open and I was asked by C/O Wilson if I was refusing housing and I said no and locked up in the cell so I would not get a ticket. When C/O Humbert did her rounds my cellmate and I stopped her and showed her that we both had bottom bunk permits and she took them to check into our permits (see video footage 7 to 3 shift 2 gallery). When C/O Humbert came back to cell 209 she handed us our permits and said we both do have bottom bunk permits but my celly needed to go to the Health Care to renew his permit. C/O Humbert told us both that there looking for a cell so one of us would move per the Lt. (White). Neither my cellmate or me was moved on Oct. 9th/2014. I also let the Lt. Creech know about the bottom bunk permits and was told that he knew about the situation and was told that one of us would move tomorrow. So I had to sleep in the top bunk. The next day Oct. 10th/2014 C/O Ms. Humbert had 2 gallery again and was running showers on that day my cellmate and I asked her about the situation dealing with who will be moving, she told us that they would take care of it 9/5/0/p. The day was coming to a end for 7 to 3 shift and nothing happened so I was stuck being on the top bunk again. While I was climbing down to use the bathroom my left knee locked up on me going to the side and I fell out the bed injuring my lower back. I was carried out of cell 209 by way of a slab board from the medical staff. I do remember Med Tech Eshelman being there to talk to me. I stayed in the health care for a few days and was medicated also. The meds I was given was (Methocarbamol 750mg) (Ibuprofen 400mg & 800mg).

1:17-cv-0152-FJBM  #1  Page 6 of 15

Ex. 2

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Administrative Review Board
### Return of Grievance or Correspondence


D557

Offender: **Robinson**, **DeLawrence**, R20751
(Last Name) (First Name) (MI) (ID#)

Facility: **Stateville**

☒ Grievance: Facility Grievance # (if applicable) **1** Dated: **12/5/14** or ☐ Correspondence: Dated: _____
Received: **12/10/14** Regarding: **Staff Conduct / Retaliation**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____. (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: **T. S. Keen**   Signature: _____   Date: **07/13/2015**

Distribution: Offender
Inmate Issues

DOC 0070 (Rev.4/2013)