# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| DeLaurence Robinson | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case Number: 17-CV-1324 |
| | ) |
| . Humbert, . Wilson, Ana White, . Creech, . Roderick, . Prentice | ) |
| | ) |
| Defendants | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the First Amended Complaint [13] filed on 1/17/2018, Defendant Ana White (Lt.) was terminated from the case. **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on 2/27/2018, this case is DISMISSED WITH PREJUDICE.

**Dated:**   2/28/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court